Docusign Envelope ID: C277F0CA-CECB-4242-877C-EF264941E533

# LIQUIDITY AGREEMENT

THIS LIQUIDITY AGREEMENT (the "Agreement") is made and entered into this 18 day of September, 2024 ("Effective Date") by and between (i) Adam Lobene ("Mr. Lobene"); and (ii) Michael Llodra ("Mr. Llodra") and Edward Steffelin ("Mr. Steffelin")(Mr. Lobene, Mr. Llorda and Mr. Steffelin collectively are referred to as the "Parties").

WHEREAS, Mr. Lobene, through his affiliated entity, is the sponsor for the real estate development located at 5225 Connecticut Avenue, N.W., Washington, D.C. ("Project").

WHEREAS, the Project currently is under contract and scheduled to close in November 2024.

WHEREAS, in order to secure Project financing, the Project's acquisition and construction lender is requiring Mr. Lobene to increase his current liquidity by $2,000,000 ("Liquidity Requirement").

WHEREAS, pursuant to the terms of this Agreement, Mr. Llodra and Mr. Steffelin have agreed to establish a liquidity account for the benefit of Mr. Lobene in order to satisfy the Liquidity Requirement.

NOW THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, accepted and agreed to, the Parties agree with the terms set forth below.

1. The term of this Agreement shall begin on the Effective Date and shall end on the earlier of (i) the date that Mr. Lobene notifies Mr. Llodra and Mr. Steffelin that he no longer requires the Liquidity Account (defined below); and (ii) 180 days from the Effective Date (the "Termination Date").  On the Termination Date, Mr. Llodra and Mr. Steffelin shall withdraw all funds from the Liquidity Account and close the Liquidity Account.

2. On or before the Effective Date, Mr. Llodra and Mr. Steffelin agree to open a liquidity account at Wells Fargo, N.A. ("Bank") under the name of Lobene Liquidity Account ("Liquidity Account").  Once opened, Mr. Llodra and Mr. Steffelin shall deposit the Liquidity Requirement in the Liquidity Account.

3. Mr. Lobene may request that Mr. Llodra and Mr. Steffelin release funds from the Liquidity Account for use in connection with the Project ("Liquidity Withdraws").  Mr. Llodra and Mr. Steffelin may release funds from the Liquidity Account in their sole discretion.

4. During the term of this Agreement, Mr. Lobene shall pay Mr. Llodra and Mr. Steffelin a monthly Liquidity Fee equal to 2% of the Liquidity Requirement. The Liquidity Fee shall accrue at a rate of 0.0667% daily and be paid every 60 days beginning on the date that is 60 days from the Effective Date and continuing every 60 days thereafter during the Term of this Agreement.  Regardless of the date this Agreement is terminated, Mr. Llodra and Mr. Steffelin shall be entitled to receive a minimum Liquidity Fee equal to 3% of the Liquidity Requirement.

5. On the Termination Date, Mr. Lobene shall repay all Liquidity Withdraws to Mr. Llodra and Mr. Steffelin. Beginning on the Termination Date and continuing until such time that all Liquidity Withdraws are repaid, Mr. Llodra and Mr. Steffelin shall receive a Liquidity Fee on the outstanding balance of the Liquidity Withdraws.

6. This Agreement shall be construed in accordance with and governed for all purposes by the laws of the District of Columbia.

EXHIBIT A

Docusign Envelope ID: C277F0CA-CECB-4242-877C-EF264941E533

7. In the event of any controversy, claim, or litigation (collectively, a "Dispute") between the Parties arising out of or relating to this Agreement, the prevailing Party in such Dispute (as determined by the decision maker therein) shall be entitled to recover from the non-prevailing Party the reasonable costs and expenses incurred by the prevailing Party in connection with such Dispute (including, without limitation, attorneys' fees, expert witness fees, and costs and fees incurred in any appeal).

[REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]
[SIGNATURE PAGE TO FOLLOW]

Docusign Envelope ID: C277F0CA-CECB-4242-877C-EF264941E533

IN WITNESS WHEREOF, the undersigned have entered into this Agreement as of the date noted above.

DocuSigned by:

*Adam Lobene*

Adam Lobene

Signed by:

*Michael Llodra*

Michael Llodra

Signed by:

*Ed [signature]*

Edward Steffelin

3