**Lobene Rentals Liquidity Arrangement**
**Timeline**

**Early Sep 2024:** Ed Steffelin calls me and states that Adam Lobene, Washington DC-based affordable housing developer, needs to post liquidity for completion of a real estate project. He inquires if I am interested in participating in a structured arrangement alongside him. Adam is a client of George Smith Partners, owned by AXCS Capital ("AXCS") which I joined in May 2024. Ed discusses potential amounts needed with Adam and Justin Piasecki, President of George Smith Partners, affiliate of AXCS. Ed states Adam needs to evidence $2,000,000. I agree to fund $1,500,000 of that amount (Ed agrees to $500,000).

**9/8 – 9/17/2024:** Llodra sends email to Lobene and Steffelin outlining account mechanics; Lobene agrees to framework and instructs lawyer to draft document *(Liquidity Agreement Understanding Sep 17 2024)*

**9/18/2024:** Lobene, Llodra and Steffelin execute Liquidity Agreement *(Liquidity Agreement – revised (9-18-24) AL)*; account opened at Wells Fargo and amounts wired separately by Llodra and Steffelin into account.

**11/18 – 12/23/2024:** Llodra sends reminder on first payment due date and send wire instructions; Lobene states intent to wire $60,000 due 11/19/2024, no payment received; Llodra inquires on payment on 12/10/2024 and Lobene acknowledges payment obligation; Llodra sends 30 days past due notice on first payment 12/23/2024 *(Lobene Payment Acknowledgement Dec 10 2024; Late Payment Notification #1 Dec 23 2024)*

**1/19/2025 -- 2/17/2025:** Payment number 2 (additional $60,000, total $120,000 unpaid as of 1/19/2025; Llodra sends past due notice plus payment reminder; Llodra sends 30-day notice of expiry of Liquidity Agreement and details of amounts due, as well as potential default interest due if amounts remain unpaid *(Notification to Lobene Feb 17, 2025)*

**3/5/2025 – 3/17/2025:** Lobene sends email proposing to (a) extend Agreement by 1 month, and (b) pay $120,000 no later than 3/28/2025 and $160,000 no later than 4/17/2025; Llodra drafts Amendment and forwards to Lobene for execution. No response from Lobene prior to expiry of original Agreement *(Amendment and Lobene Proposal Mar 18 2025; Amended Liquidity Agreement Draft Mar 18, 2025)*

**3/28/2025:** Payment due not received.

EXHIBIT B