Outlook

## Re: Lobene Rentals -- 60 Day Liquidity Payment

**From** Adam Lobene <adam@americanhousing.com>
**Date** Tue 12/10/2024 8:41 AM
**To**   Michael Llodra <michael.llodra@axcscapital.com>
**Cc**   Ed Steffelin <ESteffelin@gspartners.com>

Hi Mike,

I understand the importance of paying this and will make it at the earliest available opportunity.

Thank you for the patience.

Adam

**Adam Lobene**

American Housing
Mobile: (703) 677-2144
www.americanhousing.com

Please submit your invoices to AP@americanhousing.com.
Please allow 72 business hours to process your invoice prior to making any inquires.
Please note it takes 72 business hours to receive payments processed via ACH.

The above email may be privileged, confidential and protected from disclosure. If the reader of this email message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately by replying to this email and deleting it from your computer. Any unauthorized use of distribution of this email is strictly prohibited and can also be unlawful. This message originates from the American Housing legal department.

**From:** Michael Llodra <michael.llodra@axcscapital.com>
**Sent:** Tuesday, December 10, 2024 6:06 AM
**To:** Adam Lobene <adam@americanhousing.com>
**Cc:** Ed Steffelin <ESteffelin@gspartners.com>
**Subject:** Re: Lobene Rentals -- 60 Day Liquidity Payment

Adam — payment update?  Given its 21 days past due at this point may want to wire out $81,000 to me and $27,000 to Ed to bring the outstanding interest current.

Michael Llodra
michael.llodra@axcscapital.com | 917.340.8226

**From:** Michael Llodra <michael.llodra@axcscapital.com>
**Sent:** Monday, December 2, 2024 5:56 PM
**To:** Adam Lobene <adam@americanhousing.com>

EXHIBIT C

**Cc:** Ed Steffelin <ESteffelin@gspartners.com>
**Subject:** Re: Lobene Rentals -- 60 Day Liquidity Payment

Hello Adam hope your thanksgiving was good — any update on the wire? Haven't received on my end yet.

Michael Llodra
michael.llodra@axcscapital.com | 917.340.8226

---

**From:** Michael Llodra <michael.llodra@axcscapital.com>
**Sent:** Friday, November 22, 2024 5:53 AM
**To:** Adam Lobene <adam@americanhousing.com>
**Cc:** Ed Steffelin <ESteffelin@gspartners.com>
**Subject:** Re: Lobene Rentals -- 60 Day Liquidity Payment

Adam — was just checking my email — note the 1099 fill is on 1099-MISC page for Meso LLC.

Please call or email if you have any questions and please let me know when wire is out so I can direct Wells.

Thanks!

Michael Llodra
michael.llodra@axcscapital.com | 917.340.8226

---

**From:** Michael Llodra <michael.llodra@axcscapital.com>
**Sent:** Thursday, November 21, 2024 8:35 PM
**To:** Adam Lobene <adam@americanhousing.com>
**Cc:** Ed Steffelin <ESteffelin@gspartners.com>
**Subject:** Re: Lobene Rentals -- 60 Day Liquidity Payment

Hello Adam -- sorry this took a bit.

On my end, attached is the 1099 and wire instructions are:

Amount: $60,000.00
Bank: Wells Fargo, N.A.
ABA: 026012881
Acct #: 838055919
Acct Name: Michael Llodra and Heidi Untener

Not sure of Ed's specific wire instructions etc so will let him respond directly.

Mike

Michael Llodra
michael.llodra@axcscapital.com | 917.340.8226

---

**From:** Adam Lobene <adam@americanhousing.com>
**Sent:** Tuesday, November 19, 2024 6:03 PM
**To:** Michael Llodra <michael.llodra@axcscapital.com>
**Cc:** Ed Steffelin <ESteffelin@gspartners.com>
**Subject:** Re: Lobene Rentals -- 60 Day Liquidity Payment

Hi Mike,

Can you send wire instructions and 1099s.

We will try and get the wire out tomorrow.

Thanks,

Adam

**Adam Lobene**

American Housing
Mobile: (703) 677-2144
www.americanhousing.com

Please submit your invoices to AP@americanhousing.com.
Please allow 72 business hours to process your invoice prior to making any inquires.
Please note it takes 72 business hours to receive payments processed via ACH.

The above email may be privileged, confidential and protected from disclosure. If the reader of this email message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately by replying to this email and deleting it from your computer. Any unauthorized use of distribution of this email is strictly prohibited and can also be unlawful. This message originates from the American Housing legal department.

---

**From:** Michael Llodra <michael.llodra@axcscapital.com>
**Sent:** Monday, November 18, 2024 3:14 PM
**To:** Adam Lobene <adam@americanhousing.com>
**Cc:** Ed Steffelin <ESteffelin@gspartners.com>
**Subject:** Lobene Rentals -- 60 Day Liquidity Payment

Hello Adam — just a post that the first payment for the Lobene Rental liquidity payment is due tomorrow.

How would you like to document and what information do you need from us for wiring details, 1099s etc?

Thanks, Mike

Michael Llodra
Managing Director | AXIS Investments



AXCS Capital, Inc.
Los Angeles | New York | Seattle
michael.llodra@axcscapital.com | 917.340.8226

This message and any attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or proprietary. If you are not the intended recipient, any dissemination, distribution or copying of this communication is prohibited.